IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JAMES E. RICE and | ) | 1:20-CR-458-1 |
| SUSAN E. RICE, | ) | 1:20-CR-458-2 |
| | ) | |
| Defendants. | ) | |

**VERDICT SHEET**

We the jury unanimously find the defendants:

**Count 1: James Rice**

✓ GUILTY of Conspiracy to Defraud the United States

___ NOT GUILTY

**Count 1: Susan Rice**

✓ GUILTY of Conspiracy to Defraud the United States

___ NOT GUILTY

**Count 2: James Rice**

✓ GUILTY of Tax Evasion

___ NOT GUILTY

**Count 2: Susan Rice**

✓ GUILTY of Tax Evasion

___ NOT GUILTY

FILED SEP 2 0 2021

**Count 3: James Rice**

✓ GUILTY of Failure to Pay Trust Fund Taxes 3rd Quarter 2014

___ NOT GUILTY

**Count 3: Susan Rice**

✓ GUILTY of Failure to Pay Trust Fund Taxes 3rd Quarter 2014

___ NOT GUILTY

**Count 4: James Rice**

✓ GUILTY of Failure to Pay Trust Fund Taxes 4th Quarter 2014

___ NOT GUILTY

**Count 4: Susan Rice**

✓ GUILTY of Failure to Pay Trust Fund Taxes 4th Quarter 2014

___ NOT GUILTY

**Count 5: James Rice**

✓ GUILTY of Failure to File Personal Tax Return for 2014

___ NOT GUILTY

**Count 5: Susan Rice**

✓ GUILTY of Failure to File Personal Tax Return for 2014

___ NOT GUILTY

**Count 6: James Rice**

    __✓__ GUILTY of Failure to File Personal Tax Return for 2015

    _____ NOT GUILTY

**Count 6: Susan Rice**

    __✓__ GUILTY of Failure to File Personal Tax Return for 2015

    _____ NOT GUILTY

**Count 7: James Rice**

    __✓__ GUILTY of Failure to File Personal Tax Return for 2016

    _____ NOT GUILTY

**Count 7: Susan Rice**

    __✓__ GUILTY of Failure to File Personal Tax Return for 2016

    _____ NOT GUILTY

**Count 8: James Rice**

    __✓__ GUILTY of Failure to File Corporate Tax Return for 2014

    _____ NOT GUILTY

**Count 9: James Rice**

    __✓__ GUILTY of Failure to File Corporate Tax Return for 2015

    _____ NOT GUILTY

**Count 10:** James Rice

✓ GUILTY of Failure to File Corporate Tax Return for 2016

\_\_\_\_\_ NOT GUILTY

This 20 day of September, 2021.

*Courtney Allen*
FOREPERSON

4

Case 1:20-cr-00458-CCE   Document 47   Filed 09/20/21   Page 4 of 4